UNITED STATES DISTRICT COURT
DISTRICT OF OREGON, PORTLAND DIVISION

THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

        Plaintiff,

v.

LEGACY PROPANE VANCOUVER LLC,
a foreign limited liability company,

        Defendant.

and

LEGACY PROPANE VANCOUVER LLC,
a foreign limited liability company,

        Third-Party Plaintiff,

v.

GOVERNMENT CAMP SNOW REMOVAL,
A domestic business corporation, and
MT. HOOD MANAGEMENT, LLC,
A domestic limited liability company,

        Third-Party Defendants.

Case: 3:10-cv-00227-HU

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Stipulated Motion for Dismissal with Prejudice. The Court, being advised that Plaintiff, Defendant/Third-Party Plaintiff and Third-Party Defendants have compromised and resolved all issues in dispute among themselves, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion for Dismissal with Prejudice be, and the same hereby is, granted, and all claims raised herein, as well as all claims that could have been raised herein, are hereby dismissed with prejudice.

All parties are to bear their own attorneys fees and costs.

_____
The Honorable Dennis J. Hubel
United States Magistrate Judge

APPROVED:

COZEN O'CONNOR

Approved via email 7/19/11
Robert J. Slavik, *pro hac vice*
Mark Anderson
Attorneys for Plaintiff
201 Third Avenue, Ste. 5200
Seattle, WA 98101-3071
Telephone: 206.340.1000
Facsimile: 206.621.8783

MACMILLAN SCHOLZ & MARKS, P.C.

Approved via email 7/18/11
John MacMillan
Attorneys for Third-Party Defendant Government Camp Snow Removal
101 SW Main St., Suite 1000
Portland, OR 97204
Telephone: 503.224.2165
Facsimile: 503.224.0348

COSGRAVE VERGEER & KESTER LLP

Approved via email 7/18/11
Eugene H. Buckle
Attorneys for Third-Party Defendant Mt. Hood Management, LLC
805 SW Broadway, 8th Floor,
Portland, OR 97205
Telephone: 503.323.9000
Facsimile: 503.323.9019

MILLER STRATVERT P.A.

H. Brook Laskey, *pro hac vice*
Matthew S. Rappaport, *pro hac vice*
Attorneys for Defendant/Third-Party Plaintiff Legacy Propane of Vancouver, LLC
P.O. Box 25687
Albuquerque, NM 87125
Telephone: 505.842.1950
Facsimile: 505.243.4408

and

Robert D. Lowry
Attorney at Law
P.O. Box 12010
Eugene, Oregon 97440
Telephone: 541.687.7592
Facsimile: 541.687.0805